UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

SEBASTIAN FRITSCH
        Defendant
---------------------------------------------------X

ORDER
09-CR-98 (DLI)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 04 2009 ★

BROOKLYN OFFICE

Defendant having established that he is indigent, and there being no claim by the government for forfeiture, defendant is entitled to the return of property seized upon arrest; wherefore:

It is hereby ORDERED: that the United States Custom and Border Protection, Department of Homeland Security, return the property to the defendant at their expense.

Defendant has previously provided the United States Custom and Border Protection, Department of Homeland Security with a hold harmless agreement also containing the address to which his property may be returned.

Dated: Brooklyn, NY
      November 2, 2009

S/DLI
_____
The Honorable Dora L. Irizarry
U.S. District Court Judge
Eastern District of New York